IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| REV. NDUDI BENSON ADU, | * |
| Plaintiff, | * |
| v. | Case No.7:20-CV-155(HL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 28th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk